JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WEEKLEY, <br><br> Plaintiff, <br><br> v. <br><br> 555 REDLANDS, LLC, a California Limited Liability Company; INNER EVOLUTION YOGA, INC., a California Corporation; and Does 1-10, <br><br> Defendants. | Case: 5:14-CV-02641-R-DTB <br><br> **ORDER** |

## ORDER

This action is hereby ordered dismissed without prejudice with each party to bear its own fees and costs.

Dated: August 18, 2015

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE